McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEJANDRO CHAVARRIA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:20-CR-00193-DAD-BAM<br><br>UNOPPOSED MOTION AND ORDER TO SET ARRAIGNMENT<br><br>DATE: December 21, 2020<br>TIME: 2:00 p.m.<br>COURT: Honorable Barbara A. McAuliffe |

　　The United States of America, by and through its undersigned counsel, hereby files this unopposed motion and proposed order to set arraignment on December 21, 2020 for defendant Alejandro Chavarria.

　　On October 29, 2020, the grand jury returned a one-count indictment against the defendant for being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1). Doc. 11. The defendant was arraigned on the indictment the same day. Doc. 12. On December 10, 2020, the grand jury returned a superseding indictment charging the defendant with two counts of violating Title 18, United States Code, Section 922(g)(1). Doc. 14.

　　The government has conferred with defense counsel, Eric Kersten of the Federal Defender's Office, regarding setting the matter for an arraignment on the superseding indictment. December 21, 2020 at 2:00 p.m. is agreeable to all parties.

Therefore, the United States respectfully requests that the Court set this case for arraignment on December 21, 2020, at 2pm.

Dated:  December 14, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ KATHERINE E. SCHUH
KATHERINE E. SCHUH
Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED that this case be set for arraignment via zoom videoconference technology on **December 21, 2020 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe** by agreement of the parties.
IT IS SO ORDERED.

Dated:   **December 15, 2020**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE